UNITED STATES of America,
Plaintiff—Appellee,

v.

Pedro QUINTERO–QUINTERO,
Defendant—Appellant.

No. 04–30426.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 23, 2005.

Pamela J. Byerly, AUSA, Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Amy Rubin, Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

Before: REINHARDT, RYMER and HAWKINS, Circuit Judges.

MEMORANDUM **

Pedro Quintero–Quintero appeals the 77–month sentence imposed following his guilty-plea conviction for being an alien in the United States after deportation in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291.

Because appellant was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court to answer that question, and to proceed pursuant to *United States v. Ameline,* 409 F.3d 1073, 1084 (9th Cir. 2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 915–16 (9th Cir.2005) (extending *Ameline's* limit-

ed remand procedure to cases involving non-constitutional *Booker* error).

**REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by 9th Cir. R. 36–3.

